UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
..............................................................................x

AMERICAN CIVIL LIBERTIES UNION and
THE AMERICAN CIVIL LIBERTIES UNION
FOUNDATION,

                    Plaintiffs,

                v.

DEPARTMENT OF JUSTICE, including its
components the Office of Legal Counsel and
Office of Information Policy, DEPARTMENT OF
DEFENSE, DEPARTMENT OF STATE, and
CENTRAL INTELLIGENCE AGENCY,

                    Defendants.
..............................................................................x

15 Civ. 1954 (CM)

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

TO:    Clerk of Court
          United States District Court
          Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note her appearance and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Dated:  New York, New York
          April 23, 2015

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By:   /s/ Sarah S. Normand
       SARAH S. NORMAND
       Assistant United States Attorney
       86 Chambers Street, Third Floor
       New York, New York   10007
       Telephone: 212.637.2709
       Fax: 212.637.2730
       E-mail: sarah.normand@usdoj.gov