UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
...............................................................x
AMERICAN CIVIL LIBERTIES UNION and
THE AMERICAN CIVIL LIBERTIES UNION
FOUNDATION,

                  Plaintiffs,

   v.

DEPARTMENT OF JUSTICE, including its
components the Office of Legal Counsel and
Office of Information Policy, DEPARTMENT OF
DEFENSE, DEPARTMENT OF STATE, and
CENTRAL INTELLIGENCE AGENCY,

                  Defendants.
...............................................................x

15 Civ. 1954 (CM)

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

TO:    Clerk of Court
        United States District Court
        Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance on behalf of all defendants and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Dated: Washington, D.C.
         May 1, 2015

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

By:    /s/ *Elizabeth J. Shapiro*
        ELIZABETH J. SHAPIRO
        Deputy Director, Civil Division
        20 Massachusetts Ave., N.W.
        Washington, D.C. 20530
        Telephone: 202.514.5302
        Fax: 202.616-8470
        E-mail: Elizabeth.Shapiro@usdoj.gov