UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
.............................................................x
AMERICAN CIVIL LIBERTIES UNION and
THE AMERICAN CIVIL LIBERTIES UNION
FOUNDATION,

                    Plaintiffs,

          v.

                                            15 Civ. 1954 (CM)

DEPARTMENT OF JUSTICE, including its
components the Office of Legal Counsel and
Office of Information Policy, DEPARTMENT
OF DEFENSE, DEPARTMENT OF STATE, and
CENTRAL INTELLIGENCE AGENCY,

                    Defendants.
.............................................................x

## NOTICE OF MOTION

       PLEASE TAKE NOTICE THAT, upon the Declarations of John E. Bies, Douglas R.

Hibbard, Mark H. Herrington, and John F. Hackett, the exhibits annexed thereto, and the

accompanying memorandum of law, defendants the Department of Justice, including its

components the Office of Legal Counsel and Office of Information Policy, the Department of

Defense, the Central Intelligence Agency and the Department of State, by their attorneys, Preet

Bharara, United States Attorney for the Southern District of New York, and Benjamin C. Mizer,

Principal Deputy Assistant Attorney General, will move this Court before the Honorable Colleen

McMahon, United States District Judge, at the United States Courthouse, 500 Pearl Street, New

York, New York 10007, for an order partially modifying the scheduling order issued in this

action on April 30, 2015.

Dated: New York, New York
July 1, 2015


BENJAMIN C. MIZER                    PREET BHARARA
Principal Deputy Attorney General    United States Attorney for the
                                     Southern District of New York


By:    _/s/ Elizabeth J. Shapiro_____    By:    _/s/ Sarah S. Normand_
ELIZABETH J. SHAPIRO                        SARAH S. NORMAND
AMY POWELL                                  Assistant United States Attorney
STEPHEN M. ELLIOTT                          86 Chambers Street, Third Floor
20 Massachusetts Ave., NW                   New York, New York 10007
Washington, D.C. 20530                      Telephone:  (212) 637-2709
Telephone: (202) 514-5302                   Facsimile:  (212) 637-2730
Elizabeth.Shapiro@usdoj.gov                 Sarah.Normand@usdoj.gov