AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| American Civil Liberties Union, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 15 Civ. 1954 |
| DOJ, DOD, DOS, and CIA | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Civil Liberties Union and the American Civil Liberties Union Foundation.

Date: 08/25/2015

/s/ Brett Max Kaufman
*Attorney's signature*

Brett Max Kaufman, BK2827
*Printed name and bar number*

125 Broad Street, 18th Floor
New York, New York 10004
*Address*

bkaufman@aclu.org
*E-mail address*

(212) 549-2603
*Telephone number*

(212) 549-2654
*FAX number*