UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
..............................................................x
AMERICAN CIVIL LIBERTIES UNION and
THE AMERICAN CIVIL LIBERTIES UNION
FOUNDATION,

                Plaintiffs,

      v.
                                            15 Civ. 1954 (CM)

U.S. DEPARTMENT OF JUSTICE, including its
components the OFFICE OF LEGAL COUNSEL
and OFFICE OF INFORMATION POLICY,
DEPARTMENT OF DEFENSE,
DEPARTMENT OF STATE, and CENTRAL
INTELLIGENCE AGENCY,

                Defendants.
..............................................................x

## NOTICE OF CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT

PLEASE TAKE NOTICE THAT, upon the Declarations of John E. Bies, Douglas R. Hibbard, Andrew L. Lewis, John F. Hackett, Martha M. Lutz, John Bradford Wiegmann, and Jennifer L. Hudson, and the accompanying memorandum of law, as well as the classified declarations and index filed for the Court's *ex parte* and *in camera* review, defendants the Department of Justice, including its components the Office of Legal Counsel and the Office of Information Policy, the Department of Defense, the Department of State, and the Central Intelligence Agency, by their attorneys, Preet Bharara, United States Attorney for the Southern District of New York, and Benjamin C. Mizer, Principal Deputy Assistant Attorney General, will move this Court before the Honorable Colleen McMahon, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order granting

partial summary judgment in favor of defendants with respect to items (1) and (2) of plaintiffs' request under the Freedom of Information Act.

Dated: New York, New York
October 2, 2015

| | |
|---|---|
| BENJAMIN C. MIZER<br>Principal Deputy Assistant<br>Attorney General | PREET BHARARA<br>United States Attorney for the<br>Southern District of New York |
| By:  */s/ Elizabeth J. Shapiro*<br>ELIZABETH J. SHAPIRO<br>AMY POWELL<br>STEPHEN ELLIOTT<br>U.S. Department of Justice<br>Federal Programs Branch | By:  */s/ Sarah S. Normand*<br>SARAH S. NORMAND<br>Assistant United States Attorney<br>86 Chambers Street, Third Floor<br>New York, New York 10007<br>Telephone:  (212) 637-2709<br>Facsimile:  (212) 637-2730<br>Sarah.Normand@usdoj.gov |