Case 1:15-cv-01954-CM Document 41 Filed 10/02/15 Page 2 of 17

Case 1:15-cv-01954-CM   Document 41   Filed 10/02/15   Page 3 of 17

Case 1:15-cv-01954-CM   Document 41   Filed 10/02/15   Page 6 of 17

Case 1:15-cv-01954-CM   Document 41   Filed 10/02/15   Page 8 of 17

Case 1:15-cv-01954-CM   Document 41   Filed 10/02/15   Page 9 of 17

Case 1:15-cv-01954-CM   Document 41   Filed 10/02/15   Page 12 of 17

Case 1:15-cv-01954-CM   Document 41   Filed 10/02/15   Page 13 of 17

Case 1:15-cv-01954-CM   Document 41   Filed 10/02/15   Page 14 of 17

Case 1:15-cv-01954-CM   Document 41   Filed 10/02/15   Page 15 of 17

## DEPARTMENT OF DEFENSE INDEX

|   | Document | FOIA Exemption(s) |
|---|----------|-------------------|
| 1 | Classified Memorandum | b(1), b(5) |
| 2 | Classified PowerPoint Presentation | b(1), b(5) |
| 3 | Classified Memorandum | b(1), b(5) |
| 4 | Classified Memorandum | b(1), b(3), b(5) |
| 5 | Classified Memorandum | b(1), b(3) |
| 6 | Classified Memorandum | b(1) |
| 7 | Letters to Congress forwarding Classified Report Submitted in accordance with the National Defense Authorization Act of Fiscal Year 2014 (partial release) | b(1) – Released in Part |
| 8 | Report Submitted in accordance with the National Defense Authorization Act of Fiscal Year 2014 (partial release) | b(1) – Released in Part |
| 9 | Report Submitted in accordance with the National Defense Authorization Act of Fiscal Year 2014 (partial release) | b(1) – Released in Part |
| 10 | Classified E-mail Chain | b(1), b(5), b(6) |
| 11 | Classified E-mail Chain | b(1), b(5), b(6) |
| 12 | Classified E-mail Chain | b(1), b(5), b(6) |
| 13 | Classified E-mail Chain | b(1), b(5), b(6) |
| 14 | Classified Memorandum | b(1), b(3), b(5) |
| 15 | Classified Memorandum | b(1), b(3), b(5) |
| 16 | Classified Memorandum | b(1), b(5) |
| 17 | Draft Classified Memorandum | b(1), b(5) |
| 18 | Classified Memorandum | b(1), b(5) |
| 19 | Draft Classified Memorandum | b(1), b(5) |
| 20 | Draft Classified Memorandum | b(1), b(5) |
| 21 | Classified Memorandum | b(1), b(5) |
| 22 | Classified E-mail Chain | b(1), b(5), b(6) |
| 23 | Draft Classified Memorandum | b(1), b(3), b(5) |
| 24 | Classified Memorandum | b(1), b(3), b(5) |
| 25 | One-page Excerpt from Classified Memorandum | b(1), b(5) |
| 26 | Draft Classified Memorandum | b(1), b(5) |

| 27 | Classified Memorandum | b(1), b(5) |
|---|---|---|
| 28 | Classified Memorandum | b(1), b(3), b(5) |
| 29 | Classified Memorandum | b(1), b(3), b(5) |
| 30 | Classified Memorandum | b(1), b(3), b(5) |
| 31 | Classified Memorandum | b(1), b(3), b(5) |
| 32 | Classified Memorandum | b(1), b(3), b(5) |
| 33 | Classified Memorandum | b(1), b(3), b(5) |
| 34 | Classified Memorandum | b(1), b(3), b(5) |
| 35 | Classified Memorandum | b(1), b(3), b(5) |
| 36 | Classified Memorandum | b(1), b(3), b(5) |
| 37 | Classified Memorandum | b(1), b(3), b(5) |
| 38 | Classified Memorandum | b(1), b(3), b(5) |
| 39 | Classified Memorandum | b(1), b(3), b(5) |
| 40 | Classified Memorandum | b(1), b(3), b(5) |
| 41 | Classified Memorandum | b(1), b(3), b(5) |
| 42 | Classified Memorandum | b(1), b(3), b(5) |
| 43 | Classified Memorandum | b(1), b(3), b(5) |
| 44 | Classified Memorandum | b(1), b(3), b(5) |
| 45 | Classified Memorandum | b(1), b(3), b(5) |
| 46 | Classified Memorandum | b(1), b(3), b(5) |
| 47 | Classified Memorandum | b(1), b(3), b(5) |
| 48 | Classified Memorandum | b(1), b(3), b(5) |
| 49 | Classified Memorandum | b(1), b(3), b(5) |
| 50 | Classified Memorandum | b(1), b(3), b(5) |
| 51 | Prepared Statement of Stephen W. Preston, DoD General Counsel, Committee on Foreign Relations, United States Senate, May 21, 2014 | Released in Full |
| 52 | Congressional Transcript, Senate Foreign Relations Committee, Hearing on the Authorization for Use of Military Force, May 21, 2014 | Released in Full |