UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

AMERICAN CIVIL LIBERTIES UNION, and
THE AMERICAN CIVIL LIBERTIES UNION
FOUNDATION,

          Plaintiffs,

    -against-

DEPARTMENT OF JUSTICE, et al.,

          Defendants.

------------------------------------------------------------X

15 Civ. 1954 (CM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/31/16

## ORDER DIRECTING ADDITIONAL PRODUCTION

McMahon, J.:

    As soon as possible, and certainly within the next ten days, the Government should produce for in camera inspection DoD Document #9. I apologize; I should have included this on the original list.

    Subject to the Government's review of the Vaughn Index in light of the partial production of OLC 306 and DoD 7 and 8, the opinion is pretty much done. I hope to have it to the Government for classification review by April 25, 2016.

March 31, 2016

                                                        U.S.D.J.

BY ECF TO ALL COUNSEL