PREET BHARARA
United States Attorney for the
Southern District of New York
By:     SARAH S. NORMAND
Assistant U.S. Attorney
86 Chambers Street, Third Floor
New York, NY 10007
Tel.:  (212) 637-2709
Sarah.Normand@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
................................................................x
AMERICAN CIVIL LIBERTIES UNION and
THE AMERICAN CIVIL LIBERTIES UNION
FOUNDATION,

                Plaintiffs,

      v.                                                                         15 Civ. 1954 (CM)

DEPARTMENT OF JUSTICE, including its
components the Office of Legal Counsel and
Office of Information Policy, DEPARTMENT
OF DEFENSE, DEPARTMENT OF STATE, and
CENTRAL INTELLIGENCE AGENCY,

                Defendants.
................................................................x

## NOTICE OF LODGING OF CLASSIFIED SUBMISSION

        Defendants in the above-captioned matter hereby provide notice that on July 14, 2016, they lodged with the Court a classified letter and attachments, for the Court's *in camera*, *ex parte* review. This submission is classified pursuant to Executive Order 13,526, 75 Fed. Reg. 707 (Jan. 5, 2010), and cannot be disclosed without proper authorization.

Dated: New York, New York
August 5, 2016

Respectfully submitted,

| | | | |
|---|---|---|---|
| BENJAMIN C. MIZER | | PREET BHARARA | |
| Principal Deputy Assistant | | United States Attorney for the | |
| Attorney General | | Southern District of New York | |

By: */s/ Elizabeth J. Shapiro*   By: */s/ Sarah S. Normand*
ELIZABETH J. SHAPIRO          SARAH S. NORMAND
AMY POWELL                    Assistant United States Attorney
STEPHEN ELLIOTT               86 Chambers Street, Third Floor
U.S. Department of Justice    New York, New York 10007
Federal Programs Branch       Telephone:   (212) 637-2709
                              Facsimile:   (212) 637-2730
                              Sarah.Normand@usdoj.gov