

August 18, 2016

**BY ECF**

Hon. Colleen McMahon
United States District Judge
Daniel P. Moynihan United States Courthouse
500 Pearl Street, Room 1640
New York, New York 10067

Re:   *ACLU v. DOJ*, No. 15 Civ. 1954

Dear Judge McMahon:

I write on behalf of the parties in the above-referenced matter in response to the Court's directive posted Tuesday, August 16, on the electronic docket. The parties are currently considering a resolution of the remaining aspects of the case before this Court, and propose to submit a joint letter by September 6, 2016, for the Court's consideration.

Respectfully submitted,

/s/ Brett Max Kaufman
Brett Max Kaufman
American Civil Liberties Union Foundation
125 Broad Street—18th Floor
New York, New York 10004
T: 212.549.2500
F: 212.549.2654
bkaufman@aclu.org

*Counsel for ACLU & ACLUF*

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
NATIONAL OFFICE
125 BROAD STREET, 18TH FL.
NEW YORK, NY 10004-2400
T/212.549.2500
F/212.549.2654
WWW.ACLU.ORG

OFFICERS AND DIRECTORS
SUSAN N. HERMAN
*PRESIDENT*

ANTHONY D. ROMERO
*EXECUTIVE DIRECTOR*

ROBERT B. REMAR
*TREASURER*