UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

AMERICAN CIVIL LIBERTIES UNION and
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION,

        *Plaintiffs*,

v.

U.S. DEPARTMENT OF JUSTICE, including its
components the OFFICE OF LEGAL COUNSEL and the
OFFICE OF INFORMATION POLICY, DEPARTMENT
OF DEFENSE, DEPARTMENT OF STATE, and
CENTRAL INTELLIGENCE AGENCY,

        *Defendants*.

No. 15 Civ. 1954 (CM)

## JOINT STIPULATION AND ORDER OF DISMISSAL OF COMPLAINT

WHEREAS, by Memorandum Decision and Order issued on August 8, 2016, the Court decided the parties' cross-motions for summary judgment with regard to certain of the claims brought by Plaintiffs American Civil Liberties Union and American Civil Liberties Union Foundation (together, the "ACLU") in the Complaint, ECF No. 1 (Mar. 16, 2015), in connection with the ACLU's October 15, 2013 FOIA request that is the subject of this case, *see* ECF No. 83 (deciding prongs 1 and 2 of Plaintiffs' FOIA request);

IT IS HEREBY STIPULATED AND AGREED, by the ACLU and Defendants Department of Justice, Department of Defense, Department of State, and Central Intelligence Agency, through their respective and undersigned counsel, that the ACLU's remaining claims in the Complaint are dismissed with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: September 9, 2016

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/16

Respectfully submitted,

*/s/ Hina Shamsi*

HINA SHAMSI
American Civil Liberties Union Foundation
125 Broad Street—18th Floor
New York, New York 10004
T: 212.549.2500
E: hshamsi@aclu.org

SO ORDERED:

*/s/ Colleen McMahon*

Hon. Colleen McMahon
Chief United States District Judge

9/12/2016

PREET BHARARA
United States Attorney for the
Southern District of New York

By: */s/ Sarah S. Normand*
SARAH S. NORMAND
Assistant United States Attorney
T: 212.637.2709
E: sarah.normand@usdoj.gov

2